**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

John R. Borzilleri, MD,
    Plaintiff
      v.

CA No. 19-cv-10702-PBS

Shepherd Kaplan Krochuck, LLC.,
    Defendant

**SARIS, CJ**

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

It is hereby **ORDERED** that the above-entitled action is stayed/closed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of state court case.

Dated: May 29, 2019                                   /s/ Miguel A. Lara
                                                                              Deputy Clerk